**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7829**

JAMES GUY ARNOLD,

Plaintiff - Appellant,

versus

JOSHUA L. JARRELL,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-01-3570)

Submitted: March 20, 2003                Decided: March 25, 2003

Before WILLIAMS and TRAXLER, Circuit Judges. and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Guy Arnold, Appellant Pro Se. Linda S. Woolf, Kristen Nichole Nesbitt, GOODELL, DEVRIES, LEECH & GRAY, L.L.P., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals the district court's order denying relief on his civil action filed pursuant to 42 U.S.C. § 1983 (2000) and 28 U.S.C. § 1332 (2000). We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Arnold v. Jarrell</u>, No. CA-01-3570 (D. Md. Nov. 12, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2